# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

HIGHLANDS REALTY GROUP, LLC

**FILED**
**ASHEVILLE, N. C.**

**OCT 1 7 2005**

**U.S. DISTRICT COURT**
**W. DIST. OF N. C.**

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 2:05mj213

William Coward
Defendant's Attorney

**THE DEFENDANT:**

| X | pleaded guilty to count(s) ONE |
| _ | pleaded guilty to violation(s) |
| _ | pleaded not guilty to count(s) |
| _ | pleaded not guilty to violation(s) |

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 36 CFR 261.6(a) | Cut and otherwise damage timber, trees, and other forest products without authorization | 12/24/03 | ONE |

_ Counts(s) (is)(are) dismissed on the motion of the United States.
_ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
_ Found not guilty as to:

**IMPOSITION OF SENTENCE:** That the defendant pay a fine in the amount of $5,000 and $25 assessment. Defendant to make restitution to the U. S. Forest Service in the amount of $6,039.20.

The defendant shall comply with the following terms of the plea agreement regarding the replanting of trees:

A. A mixture of red oak and white oaks at a ratio of 50/50. If the nursery cannot provide a 50/50 mix, this ratio may be adjusted after consultation with and approval of Forest Service representatives.
B. Trees to be three (3) inch diameter planting stock or as close as is available subject to the approval of Forest Service representatives.
C. The number of trees shall be sufficient to provide 27 x 27 foot spacing between the planted trees over the entire area of damage.
D. Planting to occur in late winter or early spring 2006.
E. Defendant shall provide notice to the U. S. Forest Service officials of precisely when the reforestation project will take place and shall continue to grant the U. S. Forest Service access through defendant's development for the purposes of inspection of the reforestation project as well as access beyond the planting so that the U. S. Forest Service may monitor the health of the reforestation.
F. Defendant shall contract for both the trees and the labor to install such trees and supervise such operation. The U. S. Forest Service will serve only in an advisory capacity as to the proper planting and a U. S. Forest Service employee shall be on site during such replanting.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: October 12, 2005

_Signature_
Signature of Judicial Officer

Date: October 17, 2005

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal